

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| CHRISTOPHER CORTEZ THOMAS, | § | No. 08-20-00217-CR |
| Appellant, | § | Appeal from the |
| v. | § | Criminal District Court No. 4 |
| THE STATE OF TEXAS, | § | of Dallas County, Texas |
| State. | § | (TC# F-1951345-K) |
|  | § |  |

# **O R D E R**

On March 18, 2021, the Texas Supreme Court of Texas ordered that the above-styled and numbered cause be transferred to the Fifth Court of Appeals, in Dallas, Texas, and it instructed this Court to issue an order transferring the cause. It is therefore ordered that the Clerk of the Court take the steps necessary to transfer the case to the Fifth Court of Appeals in compliance with the Supreme Court's order.

IT IS SO ORDERED this 18th day of March, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.